UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------x

SIRAJ ABDUL REHMAN,

Plaintiff,

- against -

**ORDER TO REMAND**

U.S. CITIZENSHIP AND IMMIGRATION SERVICES;
U.S. DEPARTMENT OF HOMELAND SECURITY;
DAVID S. VELEZ, Deputy District Director,
U.S. Citizenship and Immigration Services;
JOSEPH B. EDLOW, Director, U.S. Citizenship and Immigration Services;
KRISTI NOEM, Secretary, U.S. Department of Homeland Security; and
PAMELA BONDI, U.S. Attorney General,

Defendants.

Civil Action No.
25-cv-6311 (RER)

---------------------------------------------------------------------------x

**RAMÓN E. REYES, JR., District Judge:**

IT IS HEREBY ORDERED that:

1. Plaintiff Siraj Abdul Rehman's ("Plaintiff") Complaint (ECF 1) and all claims therein are hereby remanded to United States Citizenship and Immigration Services ("USCIS") pursuant to 8 U.S.C. § 1447(b), without costs, expenses, or attorneys' fees to any party, subject to the provisions of paragraphs 2 and 3 herein.
2. Within sixty (60) days of entry of this Remand Order, USCIS shall complete adjudication of Plaintiff's Form N-400, Application for Naturalization ("N-400 application").
3. This remand is without prejudice to Plaintiff's right to reinstate this action if USCIS does not render a decision on Plaintiff's N-400 application within sixty (60) days from the date of entry of this Remand Order. If Plaintiff fails to reinstate this action between sixty-one

(61) and ninety (90) days from the date of entry of this Remand Order, this action shall be deemed to be dismissed with prejudice.

4. The Clerk of the Court shall enter a judgment in accordance with Remand Order.

SO ORDERED this

27th day of March 2026

/s/Ramón E. Reyes, Jr.
HONORABLE RAMÓN E. REYES, JR
United States District Judge